CORA ADA BRABSON, APPELLEE, V. GUST PETERSON, APPELLANT.

FILED APRIL 18, 1930. No. 27006.

*King & Bracken* and *Lewis C. Paulson,* for appellant.

*C. P. Anderbery, W. L. Minor* and *Prince & Prince,* contra.

Heard before GOSS, C. J., ROSE, DEAN, GOOD, EBERLY and DAY, JJ., and DINEEN, District Judge.

PER CURIAM.

This is an action to recover damages for personal injuries and for damages to plaintiff's automobile sustained in a collision with the automobile of defendant. Upon trial in the district court for Kearney county the jury returned a verdict in favor of plaintiff for $1,500, and from a judgment entered thereon, defendant has appealed.

We have carefully considered the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.